# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-644-AP

**RICKY WEEKS,**

    Plaintiff,

    v.

**MICHAEL J. ASTRUE,** Commissioner of Social Security,

    Defendant.

## ORDER

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #16), filed August 29, 2012, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Shaefer*, 509 U.S. 292, 296-302 (1993).

Dated this 29th day of August, 2012.

                                  BY THE COURT:

                                  *s/John L. Kane*
                                  UNITED STATES DISTRICT COURT