IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-00644-AP**

**RICKY WEEKS,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  The Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #19), filed September 17, 2012, is **GRANTED**. In consideration thereof, it is

  **ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$4,137.97**.

  Dated at Denver, Colorado, this 17th day of September, 2012.

            BY THE COURT:

            *S/John L. Kane*
            JOHN L. KANE, SENIOR JUDGE
            UNITED STATES DISTRICT COURT